UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH NEMEC,<br><br>        Plaintiff,<br>v.<br><br>RALPH W. SHRADER, C.G. APPLEBY, SAMUEL R. STRICKLAND, JOSEPH GARNER, DENNIS O. DOUGHTY, and BOOZ ALLEN HAMILTON, INC.,<br><br>        Defendants. | 09 Civ. 7466 (LAK) |
| GERD WITTKEMPER,<br><br>        Plaintiff,<br>v.<br><br>RALPH W. SHRADER, C.G. APPLEBY, SAMUEL R. STRICKLAND, JOSEPH GARNER, DENNIS O. DOUGHTY, and BOOZ ALLEN HAMILTON, INC.,<br><br>        Defendants. | 09 Civ. 8290 (LAK) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Declaration of Rebecca S. Giltner In Support Of Defendants' Motion To Dismiss The Complaints With Prejudice, dated December 15, 2009, and the accompanying Memorandum of Law In Support Of Defendants' Motion To Dismiss The Complaints With Prejudice, dated December 15, 2009, the undersigned hereby moves this Court on behalf of all Defendants in the above-captioned actions, before the Honorable Lewis A. Kaplan, United States District Judge, at the United States District Court for the Southern District of New York – Daniel Patrick Moynihan United States Courthouse, 500

Pearl Street, Courtroom 12D, New York, New York, 10007, for an order dismissing the Complaints with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) in the above-captioned actions.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Joint Stipulation agreed to and filed by the parties on December 2, 2009, and the Scheduling Order entered by the Court on December 7, 2009, Plaintiffs' opposition papers shall be filed on or before 45 days after service of Defendants' motion to dismiss; and Defendants' reply papers shall be filed on or before 30 days after service of Plaintiffs' opposition papers.

Dated: New York, New York
       December 15, 2009

LATHAM & WATKINS LLP

By:   /s/ Rebecca S. Giltner
      Rebecca S. Giltner

885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: rebecca.giltner@lw.com

Everett C. Johnson, Jr.
J. Christian Word
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: everett.johnson@lw.com
Email: christian.word@lw.com

*Attorneys for Defendants Ralph W. Shrader, C.G. Appleby, Samuel R. Strickland, Joseph Garner, Dennis O. Doughty, and Booz Allen Hamilton, Inc*.